# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robel Ghebrehiwet, on behlaf of himself and all others similarly situated<br><br>Plaintiff<br>V.<br>Robinhood Financial LLC a Delaware corporation; Robinhood Securities, LLC a Delaware corporation ;Robinhood Markets, Inc. a Delaware corporation<br><br>Defendant | Civil Action No.  21-cv-214-AJB-RBB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　Robinhood Securities, LLC
　　　c/o Incorporating Services, Ltd.
　　　3500 S. Dupont Highway
　　　Dover, DE 19901

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Rebecca A. Peterson
　　100 Washington Ave. S.,
　　Suite 2200
　　Minneapolis, MN 55401

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____2/4/21_____

John Morrill
*CLERK OF COURT*
S/　　　　　　　　M. Barber
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-00214-AJB-RBB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ROBINHOOD SECURITIES, LLC

was received by me on *(date)* 02/05/2021

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CASEY PINEDA (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ROBINHOOD SECURITIES, LLC
C/O INCORPORATING SERVICES, LTD., 3500 S. DUPONT HIGHWAY, DOVER, DE 19901 on *(date)* 02/05/2021   2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/05/2021

Server's signature

GRANVILLE MORRIS              PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED WITH SUMMONS; COMPLAINT; COVER LETTER DATED FEBRUARY 4, 2021;

SWORN TO ME ON 02/05/2021

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2022

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Robel Ghebrehiwet, on behlaf of himself and all others similarly situated

*Plaintiff*

V.

Robinhood Financial LLC a Delaware corporation; Robinhood Securities, LLC a Delaware corporation ;Robinhood Markets, Inc. a Delaware corporation

*Defendant*

Civil Action No. 21-cv-214-AJB-RBB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robinhood Markets, Inc.
c/o Incorporating Services, Ltd.
3500 S. Dupont Highway
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca A. Peterson
100 Washington Ave. S.,
Suite 2200
Minneapolis, MN 55401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/4/21

John Morrill
*CLERK OF COURT*
S/ M. Barber
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-00214-AJB-RBB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ROBINHOOD MARKETS, INC.
was received by me on *(date)* 02/05/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CASEY PINEDA (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ROBINHOOD MARKETS, INC. C/O INCORPORATING SERVICES, LTD., 3500 S. DUPONT HIGHWAY, DOVER, DE 19901 on *(date)* 02/05/2021   2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/05/2021

*Server's signature*

GRANVILLE MORRIS                    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED WITH SUMMONS; COMPLAINT; COVER LETTER DATED FEBRUARY 4, 2021;

SWORN TO ME ON 02/05/2021

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2022

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Robel Ghebrehiwet, on behlaf of himself and all others similarly situated

*Plaintiff*

V.

Robinhood Financial LLC  a Delaware corporation; Robinhood Securities, LLC  a Delaware corporation ;Robinhood Markets, Inc.  a Delaware corporation

*Defendant*

Civil Action No.  21-cv-214-AJB-RBB

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

Robinhood Financial LLC
c/o Incorporating Services,
Ltd. 3500 S. Dupont Highway
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca A. Peterson
100 Washington Ave. S.,
Suite 2200
Minneapolis, MN 55401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  2/4/21



John Morrill
*CLERK OF COURT*

S/           M. Barber

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-00214-AJB-RBB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ROBINHOOD FINANCIAL LLC
was received by me on *(date)* 02/05/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CASEY PINEDA (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ROBINHOOD FINANCIAL LLC
C/O INCORPORATING SERVICES, LTD., 3500 S. DUPONT HIGHWAY, DOVER, DE 19901 on *(date)* 02/05/2021 2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/05/2021

*Server's signature*

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED WITH SUMMONS; COMPLAINT; COVER LETTER DATED FEBRUARY 4, 2021;

SWORN TO ME ON 02/05/2021

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2022